JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| MOISES URIETA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAPITAL BENEFIT, INC. et al.,<br><br>　　　　　Defendants. | Case № 2:22-cv-07877-ODW (JEMx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss, (ECF No. 33), it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendant with respect to Plaintiff's causes of action for violation of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601, and the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2601.
2. Plaintiff's TILA and RESPA causes of action are **DISMISSED** on the merits and with prejudice.
3. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining claims and they are **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

May 12, 2023

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**